IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| VOLVO CAR USA LLC, | Civil Action No.    2:25-cv-04727-DCN |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** <br> **WITHOUT PREJUDICE** |
| LEAR CORPORATION, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Volvo Car USA, LLC ("Plaintiff"), hereby voluntarily dismisses this action against Defendant Lear Corporation without prejudice.

        BARNWELL, WHALEY,
        PATTERSON, AND HELMS, LLC

        By: *s/David Cox*
        David S. Cox (Federal ID 6041)
        Jeremy E. Bowers (Federal ID 11112)
        211 King Street, Suite 300
        Charleston, South Carolina 29401
        (843) 577-7700
        dcox@barnwell-whaley.com
        jbowers@barnwell-whaley.com

        *Counsel for Volvo Car USA, LLC*

Charleston, South Carolina
June 5, 2025